■ NEW YORK CITY COALITION TO END LEAD POISONING et al., Respondents-Appellants, and HELEN WALKER et al., Intervenors-Respondents-Appellants, v EDWARD KOCH, as Mayor of the City of New York, et al., Appellants-Respondents, et al., Defendants.—Resettled order, Supreme Court, New York County (Leland DeGrasse, J.), entered on August 2, 1990, unanimously affirmed for the reasons stated by Leland De-Grasse, J., without costs, and the appeal from the order of said court entered on October 2, 1989 is unanimously dismissed as

superseded by the order entered on August 2, 1990, without costs. No opinion. Concur—Milonas, J. P., Ellerin, Ross, Kassal and Rubin, JJ.